```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01479
   DIANA TERESA KRESCH
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0702


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/17/06 and confirmed on 05/11/06.

     2.  The case was dismissed after confirmation, 09/14/2007.

     3.  The Debtor paid a total of $  10097.97 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
ABN AMRO MORTGAGE        CURRENT MORTG        .00            .00            .00
ABN AMRO MORTGAGE        MORTGAGE ARRE        .00            .00            .00
CAPITAL ONE AUTO FINANCE SECURED         10093.16         383.07        5669.72
US DEPARTMENT OF EDUCATI UNSECURED        3581.67         118.48        1547.71
NICOR GAS                UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10093.16       .00       3581.67        .00       13674.83
PRINCIPAL PAID       5669.72       .00       1547.71        .00        7217.43
INTEREST PAID         383.07       .00        118.48        .00         501.55
TOTAL PAID           6052.79       .00       1666.19        .00        7718.98
The Debtor's attorney, DAVID D LUGARDO             , was allowed $    3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $    378.99 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/18/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 06 B 01479 DIANA TERESA KRESCH
```